FILED BY *e* D.C.

05 JUN 30 PH 3: 36

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN.-JACKSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                                          Criminal No. 2:01-20285-02-T

JOSEPH YOUNG

## JUDGMENT ON SUPERVISED RELEASE VIOLATION

This cause came to be heard on June 24, 2005, Assistant U. S. Attorney, Jerry Kitchen, representing the government, and the defendant appeared in person and with counsel, Randall P. Salky, who was appointed and denies to the allegations set forth in the Supervised Release Violation Petition. After questioning the defendant, hearing statements of counsel, the Court finds the defendant guilty as charged in the Supervised Release Violation Petition.

IT IS THEREFORE ORDERED that the defendant has violated the terms of his supervised release and that he be sentenced to the custody of the Bureau of Prisons for a period of **Twenty-four (24) Months** with no further supervision.

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: _30 June 2005_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___07-01-05___

195

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 195 in case 2:01-CR-20285 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT